| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (S.C. BN 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | JONATHAN U. LEE (SBN 148792)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, California 94102 |
| 6 | Telephone:    (415) 436-6909<br>Facsimile:    (415) 436-6748 |
| 7 | Email: jonathan.lee@usdoj.gov |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GLYNIS HUGHES, | ) | No. C 07-2131 CRB |
| Plaintiff, | ) | **STIPULATION OF THE PARTIES TO REQUEST A DIFFERENT DATE FOR CASE MANAGEMENT CONFERENCE, DUE TO SCHEDULING CONFLICT;** ~~**PROPOSED**~~ **ORDER** |
| v. | ) | |
| JOHN POTTER, | ) | |
| Defendant. | ) | Date:  August 10, 2007<br>Time:  8:30 a.m.<br>Place:  Courtroom 8, 19th Floor<br>           450 Golden Gate Avenue<br>           San Francisco, CA<br>Judge:  Hon. Charles R. Breyer |

Subject to the approval of this Court, plaintiff GLYNIS HUGHES and defendant JOHN POTTER, Postmaster General, by and through the undersigned, stipulate to postpone the Case Management Conference from August 10, 2007 to August 24, 2007, at the time and place shown above. The parties also request that the dates for submission of a joint case management conference statement, ADR certification, and exchange of initial disclosures be postponed to coincide with the requested date for the case management conference.

The reason for this request is that counsel for defendant, Assistant United States Attorney Jonathan U. Lee, is scheduled to be out of town from August 4-13, 2007.

If August 24, 2007 is not available on the Court's calendar, the parties request a resetting

STIPULATION
C 07-2131CRB                    -1-

1  of the Case Management Conference to the first available Friday after August 24, 2007.

2  **IT IS SO STIPULATED.**

3  DATED: July 31, 2007                    LAW OFFICES OF STEPHEN C. WILLIAMS

5                                          /s/
6                                          STEPHEN C. WILLIAMS
                                           Attorneys for Plaintiff HUGHES

8  DATED: August 1, 2007                   SCOTT N. SCHOOLS
                                           United States Attorney

10                                         /s/
                                           JONATHAN U. LEE
11                                         Assistant United States Attorney
                                           Attorneys for Defendant POTTER

14 **APPROVED AND SO ORDERED.**

16 DATED:  August 02, 2007
                                           The Hon. CHARLES R. BREYER
                                           United States District Judge

                                           IT IS SO ORDERED
                                           Judge Charles R. Breyer

STIPULATION
C 07-2131CRB                               -2-