```
1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102
       Telephone:     (415) 436-6909
6      Facsimile:     (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLYNIS HUGHES,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN POTTER,<br><br>    Defendant. | No. C 07-2131 CRB<br><br>**STIPULATION OF THE PARTIES TO REQUEST A DIFFERENT DATE FOR CASE MANAGEMENT CONFERENCE AND FOR SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE SPERO, DUE TO SCHEDULING CONFLICT;** ~~PROPOSED~~ **ORDER**<br><br>Date:  November 16, 2007<br>Time:  8:30 a.m.<br>Place: Courtroom 8, 19th Floor<br>       450 Golden Gate Avenue<br>       San Francisco, CA<br>Judge: Hon. Charles R. Breyer |

Subject to the approval of this Court, plaintiff GLYNIS HUGHES and defendant JOHN POTTER, Postmaster General, by and through the undersigned, stipulate to postpone the Case Management Conference from November 16, 2007, to a date in late January or early February 2008 (either January 18, 25 or February 1), at the time and place shown above.

By way of background, at the initial case management on August 27, 2007, the Court ordered the parties to attend a settlement conference before Magistrate Judge Spero before returning for the further case management conference on November 16, 2007. The settlement conference was scheduled for November 14, 2007.

STIPULATION
C 07-2131CRB                         -1-

1    Due to a scheduling conflict that has arisen for plaintiff's counsel, the parties jointly
2 request that the Court set the further case management conference for either January 18, 25 or
3 February 1, 2008.
4    The scheduling conflict is a case set for trial for Mr. Williams in Sacramento Superior
5 Court, following a recent order of remand from the appellate court, set to begin November 26,
6 2007. Mr. Williams is a sole practitioner, and the remanded case has a lengthy history for Mr.
7 Williams and will make significant demands on his time for the month of November and into
8 middle December. Therefore, Mr. Williams is unable to both prepare and try the remanded case
9 and attend the scheduled settlement conference in this case. Both parties agree that this
10 scheduling accommodation is in the best interests of the ADR process for this case.
11    The parties have contacted Magistrate Spero's staff and arranged for the settlement
12 conference to proceed on January 8, 2008. Magistrate Spero's staff requested that statements be
13 lodged with his chambers no later than noon on December 21, 2007.
14    Therefore, if the Court agrees and signs the order below, the revised schedule of
15 upcoming hearings in this case will be:

16    Settlement Conference with Mag. Spero:    January 8, 2008, starting @ 9:30 a.m.
17                                              (Statements due 12/21)
18    Further Case Management Conference:       January 18, 25 or February 1, 2008, as
19                                              selected by the Court for its convenience,
20                                              starting @ 8:30 a.m. in Courtroom 8, 19th
21                                              Floor

22    **IT IS SO STIPULATED.**
23 DATED: October 31, 2007              LAW OFFICES OF STEPHEN C. WILLIAMS
24
25                                      /s/
                                        STEPHEN C. WILLIAMS
26                                      Attorneys for Plaintiff HUGHES
27
28

1  DATED: October 31, 2007            SCOTT N. SCHOOLS
                                      United States Attorney

3  _____         /s/
                                      JONATHAN U. LEE
4                                     Assistant United States Attorney
                                      Attorneys for Defendant POTTER

**APPROVED AND SO ORDERED**.

DATED:  November 2, 2007       _____
                                      The Hon. CHARLES R. BREYER
                                      United States District Court Judge



STIPULATION
C 07-2131CRB                  -3-