JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone:  (415) 436-6909
    Facsimile:   (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLYNIS HUGHES,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br><br>    Defendant. | Case No. C07-2131 CRB<br><br>**E-FILING CASE**<br><br>**STIPULATION CONFIRMING SETTLEMENT REACHED AT JUDICIALLY SUPERVISED CONFERENCE BEFORE THE HONORABLE JOSEPH C. SPERO ON JANUARY 8, 2008;** ~~PROPOSED~~ **ORDER** |

BY AND THROUGH THEIR ATTORNEYS OF RECORD, THE PARTIES AGREE TO THE FOLLOWING STIPULATION AND [PROPOSED] ORDER:

1. The parties do hereby agree to settle, compromise and dismiss the above-captioned action ("This Action") under the terms and conditions set forth herein.

2. The Federal Defendant agrees to pay the sum of Ten Thousand Dollars and No Cents ($10,000.00) to plaintiff, made payable to the trust account of Stephan C. Williams, Esq., under the terms and conditions set forth herein.

3. The plaintiff and her heirs, executors, administrators, assigns and attorneys hereby agree to accept the sum of Ten Thousand Dollars and No Cents ($10,000.00), in full and final settlement and satisfaction of the claims raised in this Action under the terms and conditions set forth herein.

1. 4. It is also agreed, by and among the parties, that the settlement amount of Ten Thousand Dollars and No Cents ($10,000.00) represents the entire amount payable to plaintiff and her heirs, executors, administrators, assigns, agents, representatives, consultants and attorneys.

5. It is also agreed by and among the parties that neither plaintiff nor any of her attorneys may make any claim for attorney's fees or other costs or expenses of litigation against the Federal Defendant, the United States, their agents, servants, or employees in connection with plaintiff's claims as set forth herein.

6. In consideration of the payment of Ten Thousand Dollars and No Cents ($10,000.00) and the other terms of this Stipulation, the plaintiff agrees that she will <u>immediately upon execution of this agreement,</u> execute a Stipulation of Dismissal, which stipulation shall dismiss, with prejudice, all claims asserted in This Action or any claims that could have been asserted in this Action, which is captioned *Glynis Hughes v. John Potter, Postmaster General,* C 07-2131 CRB. The fully executed Stipulation of Dismissal will be held by counsel for the defendant and will be filed with the Court upon receipt by plaintiff's counsel of the settlement amount.

7. Defendant will tender the settlement check within sixty days of the date of the settlement, which settlement occurred on January 8, 2008 when the Honorable Joseph C. Spero placed the terms of settlement on the record and the parties, including plaintiff, affirmed their agreement to the terms and conditions of settlement.

8. The parties further agree that the filing of this executed Stipulation and Agreement shall notify the Court of the parties' agreement to vacate all pending discovery, motion hearing dates, pretrial deadlines and any other case management date associated with this litigation.

9. In consideration of the payment of Ten Thousand Dollars and No Cents ($10,000.00) and the other terms set forth in this Stipulation and Agreement, as set forth above, the plaintiff hereby releases and forever discharges the Federal Defendant and any and all of its past and present officials, employees, agents, attorneys, successors, and assigns from any and all

Stipulation and Agreement for Compromise and Settlement
C07-2131 CRB   2

obligations, damages, liabilities, causes of actions, claims, and demands of any kind and nature whatsoever, whether suspected or unsuspected, arising in law or equity, arising from or by reason of any and all known, unknown, foreseen, or unforeseen injuries, and the consequences thereof, resulting from the facts, circumstances and subject matter that gave rise to this Action, including all claims of discrimination, harassment and retaliation asserted by plaintiff in any Equal Employment Opportunity ("EEO") complaint filed while plaintiff worked for the Federal Defendant or any and all claims that could have been asserted in the EEO Complaints.

10. The provisions of California Civil Code Section 1542 are set forth below:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

The plaintiff having been apprised of the statutory language of Civil Code Section 1542 by her attorneys, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights she may have pursuant to the provision of that statute and any similar provision of federal law. The plaintiff understands that if the facts concerning the plaintiff's claimed injury and the liability of the Federal Defendant, or her agents, servants, or employees, for damages pertaining thereto are found hereafter to be other than or different from the facts now believed to be true, this agreement shall be and remain effective notwithstanding such material difference.

11. The parties acknowledge that neither this Stipulation and Agreement nor anything contained herein shall constitute an admission of liability or fault on the part of the Federal Defendant, or his agents, servants, or employees. This agreement is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

12. This Stipulation and Agreement may be pled as a full and complete defense to any action or other proceeding, including any local, state or federal administrative action, involving any person or party which arises out of the claims released and discharged by this agreement.

13. Plaintiff and her attorneys have been informed that payment of the settlement amount may take 60 days to process. Defendant will submit a request for payment to the National Finance Center within 48 hours after Plaintiff's execution of this Stipulation and

01/24/2008 14:19 9259396823 STEPHAN C WILLIAMS PAGE 03

1 | Agreement.

2 | 14. The parties agree that the District Court shall retain jurisdiction over this matter
3 | for the purposes of resolving any dispute alleging a breach of this Stipulation and Agreement.

4 | 15. Each party acknowledges that they have been represented by and have relied upon
5 | independent counsel in negotiating, preparing and entering into this Stipulation and Agreement
6 | and that they have had the contents of this Stipulation and Agreement fully explained by counsel
7 | and that they are fully aware of and understand all of the terms of the agreement and the legal
8 | consequences thereof. It is further acknowledged that the parties have mutually participated in
9 | the drafting of this Stipulation and Agreement and it is agreed that no provision herein shall be
10 | construed against any party hereto by virtue of the drafting of this Stipulation and Agreement.

11 | 16. If any provision of this Stipulation and Agreement shall be held invalid, illegal, or
12 | unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in
13 | any way be affected or impaired thereby. This instrument shall constitute the entire agreement
14 | between the parties, and it is expressly understood and agreed that this agreement has been freely
15 | and voluntarily entered into by the parties hereto with the advice of counsel, who have explained
16 | the legal effect of this agreement. The parties further acknowledge that no warranties or
17 | representations have been made on any subject other than as set forth in this agreement.

18 | SO STIPULATED.
19 | Dated: January 22, 2008

_[signature]_
GLYNIS HUGHES, Plaintiff

21 |
22 | Dated: January 24, 2008     By: _[signature]_

STEPHAN C. WILLIAMS
LAW OFFICES OF STEPHAN C. WILLIAMS
Attorneys for Plaintiff GLYNIS HUGHES

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 25, 2008     By: _[signature]_
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for the Federal Defendant

Stipulation and Agreement for Compromise and Settlement
C07-2131 CRB                                          4

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:**

Dated: Jan. 28, 2008



The Honorable CHARLES R. BREYER
United States District Judge